UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   Case No. 2:17-cr-77-FtM-38MRM

TWASKI JACKSON
_____

## ORDER OF FORFEITURE

The defendant pleaded guilty to Counts One and Two of the Information which charges him with theft concerning programs receiving federal funds, in violation of 18 U.S.C. § 666(a)(1)(A), and the United States has established that the defendant obtained $86,766.30 in proceeds as a result of the offenses.

The United States moves under 18 U.S.C. § 982(a)(3), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, to forfeit the $86,766.30 in proceeds the defendant obtained as a result of the theft concerning programs receiving federal funds. The motion is **GRANTED**. The United States is entitled to forfeit the $86,766.30 in proceeds which the defendant obtained as a result of the theft concerning programs receiving federal funds.

Because the $86,766.30 in proceeds was dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), forfeiture of any of the defendant's property up to the value of $86,766.30. Jurisdiction is retained to enter any order necessary for the forfeiture and disposition of any substitute asset and to address any third-party claim.

It is **FURTHER ORDERED** that, upon entry, this order shall become a final order of forfeiture as to the defendant.

**DONE and ORDERED** in Fort Myers, Florida, this 30th day of October, 2017.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record