UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                          CASE NO: 2:17-cr-77-FtM-38MRM

TWASKI JACKSON

## **ORDER**

This matter comes before the Court on the Motion to Redact Personal Identifying Information in Docs. 22, 42, and 45 (Doc. 52). Counsel moves the Court for permission to file redacted copies of the sentencing memorandum and direct the court reporter to file redacted copies of the transcripts for the initial appearance, plea and sentencing hearings to omit personal identifiers. The Government does not oppose the relief requested. The Court, having considered the request, finds good cause and will grant the motion.

Accordingly, it is now

**ORDERED:**

The Motion to Redact Personal Identifying Information in Docs. 22, 42, and 45 (Doc. #52) is **GRANTED**.

1) Defendant may file a redacted version of the sentencing memorandum, which redacts his date of birth or social security number at page 11, in Exhibit 3 and Exhibit 4.

2) The court reporter is directed to file redacted versions of the transcript of the initial appearance or plea hearing (Doc. 42) to redact the home addresses on pages 13 and 14, to list the city and state only; and

3) The court reporter is directed to file a redacted version of the transcript of the sentencing hearing (Doc. 45), to redact the home addresses on pages 14, 18, 24, and 26, to list the city and state only.

**DONE AND ORDERED** at Fort Myers, Florida, this 14th day of February, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record